No. 82–6361.  CLEVELAND v. WARDEN, MARYLAND PENI-TENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 82–6363.  THOMPSON v. MEDICAL OFFICER AT HAMIL-TON COUNTY JAIL.  C. A. 6th Cir.  Certiorari denied.

No. 82–6365.  LACY v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 82–6366.  DAVIS v. DAVIS.  Ct. App. N. Y.  Certiorari denied.

No. 82–6367.  MCADOO v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 82–6371.  VIENS v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 82–6373.  SMITH v. ROSE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 82–6378.  HOLLOWAY v. MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 82–6379.  JACKSON v. FIELDS, ACTING WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 82–6383.  MINOR v. RUSHEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–6384.  SAWVELL v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 82–6386.  MARTIN v. BARNES, JUDGE, CIRCUIT COURT OF COOPER COUNTY, BOONEVILLE, MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 82–6387.  WILLIAMS v. MAGGIO, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.